## EXHIBIT A:

**EXIBIT A:** Is the certified letter with a return receipt sent to BOA disputing the alleged account.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature **AGS/Bank of America** ☐ Agent<br>X **Manager-Jose Salas** ☐ Addressee |
| | B. Received by (Printed Name)  C. Date of Delivery<br>MAY 7 |
| 1. Article Addressed to:<br><br>Bank of America<br>P.O. Box 17054<br>Wilmington, DE.<br>(19850) | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>N. Villegas/M Bacon |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7009 1680 0002 1400 8080 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |



English
Español

**PS.COM**

Search USPS.com or Track Packages

# Track & Confirm

**You entered: 70091680000214008060**

**Status: Delivered**
Your item was delivered at 8:05 am on May 17, 2011 in EL PASO, TX 79998.
Additional information for this item is stored in files offline.

You may request that the additional information be retrieved from the archives, and that we send you an e-mail when this retrieval is complete. Requests to retrieve additional information are generally processed within four hours. This information will remain online for 30 days.

I would like to receive notification on this request

**Restore**

**Find Another Item**
What's your label (or receipt) number?

Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.