IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

_____

STEPHANIE M. SCHROEDER,

          Plaintiff,

vs.

BANK OF AMERICA, LLC, also
known as FIA CARD SERVICE NA,

          Defendant.

CV 12-132-M-DLC-JCL

ORDER

_____

This matter comes before the Court on Plaintiff's Application to Proceed In Forma Pauperis. Because it appears from a review of Plaintiff's application that she lacks sufficient funds to prosecute this action,

**IT IS ORDERED** that Plaintiff's Application to Proceed In Forma Pauperis is **GRANTED**. Plaintiff is granted leave to file her complaint without prepayment of the filing fee.

DONE and DATED this 8th day of August, 2012.

                                               */s/ Jeremiah C. Lynch*
                                               Jeremiah C. Lynch
                                               United States Magistrate Judge