DANIELLE A. R. COFFMAN
CROWLEY FLECK PLLP
1667 Whitefish Stage, Suite 101
P. O. Box 759
Kalispell, MT  59903-0759
Telephone:  (406) 752-6644
Facsimile:   (406) 752-5108
dcoffman@crowleyfleck.com

*Attorneys for Defendant FIA Card Services, N.A.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| Stephanie M. Schroeder,<br><br>        Plaintiff,<br><br>   vs.<br><br>Bank of America, LLC. A/K/A FIA Card Services, N.A.;<br><br>        Defendant. | Case No.: 9:12-CV-00132-DLC-JCL<br><br>**DEFENDANT FIA CARD SERVICES, N.A.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

Defendant FIA Card Services, N.A. (also erroneously sued as "Bank of America, LLC") moves, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an order dismissing Plaintiff Stephanie M. Schroeder's ("Plaintiff") Complaint without leave to amend on the following grounds:

1. Plaintiffs fail to allege the factual elements necessary to support a claim for violation of the federal Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681s-2(a).

2. Plaintiffs fail to allege the factual elements necessary to support a claim for violation of the federal Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681s-2(b).

3. Plaintiffs fail to allege the factual elements necessary to support a claim for violation of the Montana Consumer Protection Act, M.C.A. § 30-14-133.

This Motion is supported by Defendant's supporting brief and Request for Judicial Notice submitted herewith.

> CROWLEY FLECK, PLLP
>
> By /s/ Danielle A. R. Coffman
>
> DANIELLE A. R. COFFMAN
> P.O. Box 759
> Kalispell, MT 59903-0759
>
> Attorneys for FIA Card Services, N.A.