**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

_____

STEPHANIE M. SCHROEDER,

                                   CV 12-132-M-DLC-JCL

          Plaintiff,

     vs.

                                  ORDER

BANK OF AMERICA, LLC, also
known as FIA CARD SERVICE NA,

          Defendant.

_____

Before the Court are Defendant FIA Card Services, N.A.'s:  (1) Fed. R. Civ.

P. 12(b)(6) motion to dismiss, and (2) motion for judicial notice.  The motions,

however, do not comply with L.R. 7.1(c)(1) which requires the moving party to

state, within the text of the motion, that the opposing party has been contacted and

whether the opposing party objects to the motion.  FIA Card Services, N.A. has

failed to state in either of its motions whether it has contacted Plaintiff Stephanie

Schroeder regarding the motions, and whether she opposes either motion.

Therefore, pursuant to L.R. 7.1(c)(4) IT IS HEREBY ORDERED that the

referenced motions are summarily DENIED without prejudice, subject to FIA

Card Services, N.A.'s opportunity to re-file each motion in compliance with L.R.

7.1(c)(1).

DATED this 26th day of December, 2012.

_____
Jeremiah C. Lynch
United States Magistrate Judge