DANIELLE A. R. COFFMAN
CROWLEY FLECK PLLP
1667 Whitefish Stage, Suite 101
P. O. Box 759
Kalispell, MT  59903-0759
Telephone:  (406) 752-6644
Facsimile:   (406) 752-5108
dcoffman@crowleyfleck.com

*Attorneys for Defendant FIA Card Services, N.A.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| Stephanie M. Schroeder, | Case No.: 9:12-CV-00132-DLC-JCL |
|---|---|
| Plaintiff, | **DEFENDANT FIA CARD SERVICES, N.A.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| vs. | |
| Bank of America, LLC. A/K/A FIA Card Services, N.A.; | |
| Defendant. | |

Defendant FIA Card Services, N.A. (also erroneously sued as "Bank of America, LLC") moves, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an order dismissing Plaintiff Stephanie M. Schroeder's ("Plaintiff") Complaint without leave to amend on the following grounds:

1. Plaintiffs fail to allege the factual elements necessary to support a claim for violation of the federal Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681s-2(a).

2. Plaintiffs fail to allege the factual elements necessary to support a claim for violation of the federal Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681s-2(b).

3. Plaintiffs fail to allege the factual elements necessary to support a claim for violation of the Montana Consumer Protection Act, M.C.A. § 30-14-133.

This Motion is supported by Defendant's supporting brief and Request for Judicial Notice submitted herewith.  Defendant attempted to contact the Plaintiff by e-mail to ascertain whether Plaintiff opposes this Motion.  As of 4 p.m. on Wednesday, December 26, 2012, Defendant had not received any response. Defendant does not have a phone number for the Plaintiff.  Defendant therefore assumes that Plaintiff does oppose this Motion.

CROWLEY FLECK, PLLP

By /s/ Danielle A. R. Coffman

   DANIELLE A. R. COFFMAN
   P.O. Box 759
   Kalispell, MT 59903-0759

Attorneys for FIA Card Services, N.A.