

Stephanie, M Schroeder,
P.O Box 442
Trego, MT 59934
Caliann18@yahoo.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### Missoula Division

| | |
|---|---|
| Stephanie M. Schroeder, | ) Case No.:9:12-CV-00132-DLC-JCL |
| Plaintiff, | ) PLAINTIFF'S REQUEST FOR CLERK'S ) DEFAULT |
| vs. | ) |
| Bank of America, A/K/A FIA CARD SERVICES N.A, | ) |
| Defendant. | ) |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Stephanie M. Schroeder makes this application to the Clerk for entry of default against the defendant Bank of America a/k/a FIA Card Services N.A for failure to plead or otherwise defend as set forth in the declaration filed contemporaneously herewith.

Respectfully submitted this, 25 Day of April, 2013.

Respectfully Submitted:

Stephanie M. Schroeder
P.O Box 442
Trego, MT 59934
Caliann18@yahoo.com

Signed before me by Stephanie M.
Schroeder on April 25, 2013.
KATHY A. LEWIS
LINCOLN COUNTY

REQUEST FOR CLERK'S DEFAULT



KATHY A. LEWIS
NOTARY PUBLIC for the
State of Montana
Residing at Trego, Montana
My Commission Expires
August 4, 2015

Page 1 of 1