DANIELLE A. R. COFFMAN
CROWLEY FLECK PLLP
1667 Whitefish Stage, Suite 101
P. O. Box 759
Kalispell, MT 59903-0759
Telephone: (406) 752-6644
Facsimile: (406) 752-5108
dcoffman@crowleyfleck.com

*Attorneys for Defendant FIA Card Services, N.A.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| Stephanie M. Schroeder,<br><br>    Plaintiff,<br><br>vs.<br><br>Bank of America, LLC. A/K/A FIA Card Services, N.A.;<br><br>    Defendant. | Case No.: 9:12-CV-00132-DLC-JCL<br><br>**BRIEF OPPOSING ENTRY OF DEFAULT** |

Defendant FIA Card Services opposes Plaintiff's motion for entry of default on the basis that it has appeared and pled in this case under Rule 55 of the Federal Rules of Civil Procedure. Defendant has filed its Answer to the Complaint.

Further, despite the fact that Defendant has appeared in this case, Plaintiff did not inquire as to whether Defendant objects to her motion as is required by Local Rule 7.1(c)(1). Plaintiff's motion serves no purpose other than to harass the

defendant and is part of an increased pattern of abusive and harassing conduct by Plaintiff.

    DATED: April 26, 2013.

                                        CROWLEY FLECK, PLLP

                                        By /s/ Danielle A. R. Coffman

                                        DANIELLE A. R. COFFMAN
                                        P.O. Box 759
                                        Kalispell, MT 59903-0759

                                        Attorneys for FIA Card Services, N.A.

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing was served upon the following counsel of record, by the means designated below, this 26th day of April, 2013.

| | | |
|---|---|---|
| [x] | U.S. Mail | Stephanie Schroeder |
| [ ] | FedEx | PO Box 442 |
| [ ] | Hand-Delivery | Trego, MT  59934 |
| [ ] | Facsimile | Caliann18@yahoo.com |
| [ ] | Email | |
| [ ] | ECF Electronic filing | |

                                        CROWLEY FLECK, PLLP

                                        By /s/ Danielle A. R. Coffman

                                        DANIELLE A. R. COFFMAN
                                        P.O. Box 759
                                        Kalispell, MT 59903-0759

                                        Attorneys for FIA Card Services, N.A.

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies this Brief complies with LR 7.1(d)(2)(B). This brief contains 96 words, excluding the caption and the Certificate of Compliance and Certificate of Service.  The word count function of the word-processing system used to prepare this brief was relied upon in this calculation.

                        CROWLEY FLECK PLLC

               By:  /s/ Danielle A. R. Coffman
                    DANIELLE A. R. COFFMAN
                    P. O. Box 759
                    Kalispell, MT  59903-0759
                    Telephone:  (406) 752-6644
                    Facsimile:   (406) 752-5108
                    dcoffman@crowleyfleck.com