Stephanie, M Schroeder,
P.O Box 442
Trego, MT 59934
Caliann18@yahoo.com

**RECEIVED**

OCT 25 2013

Clerk, U.S. District Court
District Of Montana
Missoula

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## Missoula Division

| | |
|---|---|
| Stephanie M Schroeder, | ) Case No.:9:12-CV-00132-DLC-JCL |
| Plaintiff, | ) Plaintiff's Notice of Dismissal of Defendant Bank of America |
| vs. | ) |
| Bank of America, A/K/A FIA CARD SERVICES N.A, | ) |
| . Defendant. | ) |

COMES NOW Plaintiff, Stephanie M. Schroder, pursuant to Rule 41 (a)(1), Fed. Rules of Civil Pro., and gives notice to the Court that she has reached a settlement with Defendant Bank of America, and hereby dismisses with prejudice her claims against Bank of America.

Dated this _24_ Day of _October_, 2013.

*Stephanie M. Schroeder*

Stephanie M. Schroeder
P.O Box 442
Trego, MT 59934
Caliann18@yahoo.com

Notice of Dismissal

CERTIFICATE OF SERVICE

I, Stephanie M. Schroeder, hereby certify that a copy of the forgoing Plaintiff's Notice of Dismissal of Defendant bank of America, by U.S postage prepaid on this _24_ day of _October, 2013_ to:

**Raymond Y. Kim**
**Reed Smith** LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071

*Stephanie M. Schroeder*
Stephanie M. Schroeder
P.O Box 442
Trego, MT 59934
Caliann18@yahoo.com

Notice of Dismissal