Stephanie M. Schroeder
P.O Box 442
Trego, MT 59934
Caliann18@yahoo.com

*Plaintiff Pro Se*

Danielle A. R. Coffman
Crowley Fleck PLLP
431 First Avenue West
Kalispell, MT 59901-4835
Phone: (406) 752-6644
Fax: (406) 752-5108
dcoffman@crowleyfleck.com

*Attorneys for Defendant*
*FIA Card Services, N.A.*
*(also sued as "Bank of America, LLC")*

**RECEIVED**

NOV 1 5 2013

Clerk, U.S. District Court
District Of Montana
Missoula

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| Stephanie M Schroeder, | ) Case No.:9:12-CV-00132-DLC-JCL |
| | ) |
| Plaintiff, | ) **STIPULATION OF DISMISSAL OF** |
| | ) **ENTIRE ACTION WITH** |
| vs. | ) **PREJUDICE PURSUANT TO FED.** |
| | ) **R. CIV. PROC. § 41(a)(1)** |
| Bank of America, LLC A/K/A FIA | ) |
| CARD SERVICES N.A, | ) |
| | ) |
| Defendant. | ) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff

Stephanie M. Schroeder and Defendant FIA Card Services, N.A. (also erroneously

sued as "Bank of America, LLC") hereby stipulate to the dismissal of the above

entitled action in its entirety with prejudice, each party to pay their own fees and

costs.

DATED:  November 13, 2013.  By _Stephanie M. Schroeder_
                                 Stephanie M. Schroeder
                                 P.O Box 442
                                 Trego, MT 59934
                                 Caliann18@yahoo.com

DATED:  November 13, 2013.  CROWLEY FLECK PLLP

                            By/s/ Danielle A. R. Coffman
                               Danielle A. R. Coffman
                               *Attorneys for Defendant*
                               FIA Card Services, N.A.
                               (also erroneously sued as "Bank of
                               America, LLC)